**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**AMIN MOHAMED ABDALLAH** — **CIVIL ACTION NO. 26-1450**

**SECTION P**

**VS.**

**JUDGE JERRY EDWARDS, JR.**

**U.S. IMMIGRATION & CUSTOMS ENFORCEMENT** — **MAG. JUDGE KAYLA D. MCCLUSKY**

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Amin Mohamed Abdallah's petition for habeas corpus is **GRANTED**: Respondents, and the warden of Jackson Parish Correctional Center, shall (A) release Petitioner from custody within seven (7) days under reasonable conditions of supervision if necessary and (B) notify Petitioner's counsel of the exact location and time of his release no less than two hours before his release.

IT IS FURTHER ORDERED that Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming his release.

ALEXANDRIA, LOUISIANA, this 3rd day of November, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE